UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE: JUSTIN THAI DANG

No. 3:25mc22(MPS)

**ORDER**

The movant, Justin Thai Dang, moves the Court for an order directing U.S. Citizenship and Immigration Services ("USCIS") to correct his date of birth listed on his naturalization certificate. Mr. Dang states that his correct date of birth is September 1, 1965, rather than September 1, 1966. ECF No. 1.  The motion is GRANTED.

"Until 1991, courts had [e]xclusive jurisdiction to naturalize persons as citizens of the United States pursuant to 8 U.S.C. § 1421(a)" and to "correct, reopen, alter, modify, or vacate [a] judgment or decree naturalizing such person." *Jahan v. Houghton*, 2022 WL 50462, at *3 (E.D.N.Y. Jan. 4, 2022) (quotations and citation omitted).  The Immigration Act of 1990 ("IMMACT 90") transferred such authority to the Executive Branch.  *See id.*

Mr. Dang was naturalized before this Court in October 1989, ECF No. 1-1 at 1, before "IMMACT 90" went into effect.  As a result, the Court retains the authority to grant the relief requested by Mr. Dang.  *See, e.g.*, *Collins v. USCIS*, 820 F.3d 1096, 1099 (9th Cir. 2016) (holding that courts retain jurisdiction to correct naturalization certificates issued by the court prior to the enactment of the Immigration Act of 1990); *Lai Dinh v. USCIS*, 2021 WL 516803, at *2 (E.D. Cal. Feb. 11, 2021) ("Petitioner's Petition is properly before this Court because the Eastern District of California originally issued Petitioner's naturalization certificate prior to the enactment of the

Immigration Act of 1990."); *Sea v. USCIS*, 2015 WL 5092509, at *2 (D. Minn. Aug. 28, 2015) ("[S]ince [the petitioner's] naturalization certificate was issued prior to October 1991, this court has jurisdiction to amend the certificate."); *Ampadu v. USCIS*, 944 F. Supp. 2d 648, 653 (C.D. Ill. 2013) ("Several courts . . . have concluded that they have jurisdiction to amend naturalization orders issued by the courts before the Immigration Act of 1990 became effective.").

Unlike in those cases, Mr. Dang did not name USCIS as a party to this action. Courts, however, have granted similar relief even where USCIS was not named. *See, e.g.*, *In re Emadzadeh*, No. 19mc1583, 2022 WL 3030476 (E.D.N.Y. Aug. 1, 2022) (noting USCIS's correspondence with Petitioner suggests that the agency did not anticipate being an adverse party because it instructed him to obtain and forward a court order to USCIS). Included with his motion, Mr. Dang has provided the Court with correspondence from USCIS that instructs him to submit a copy of a Court Order changing his date of birth. ECF No. 1-1 at 5–6. The Court thus finds that, as in *In re Emadzadeh,* USCIS did not anticipate being an adverse party. For these reasons, I find the Court has jurisdiction to direct USCIS to issue Mr. Dang an amended certificate of naturalization with the correct birth date.

The Court has reviewed the evidence Mr. Dang submitted to the Court, namely a copy and certified translation of Mr. Dang's Vietnam birth registration, which states that he was born on "September first one thousand nine hundred sixty five (9/1/1965)." ECF No. 1-1 at 3–4. The Court finds this evidence to be credible. There is also no indication of fraud. Mr. Dang also included a copy of his Connecticut driver license, which already indicates a date of birth of "09/01/1965." This indicates that granting the motion would allow Mr. Dang to "receive consistency among [his] vital documents." *In re Cheng*, No. C 08-80251 MISC, 2009 WL 426125,

at *1 (N.D. Cal. Feb. 20, 2009) (finding no indication of fraudulent activity where the Social Security Administration had already accepted petitioner's alleged birth year).

For these reasons, the Court hereby finds that Mr. Dang's true date of birth is September 1, 1965. Accordingly, the Court grants the motion to amend Mr. Dang's certification of naturalization. USCIS shall issue an amended certificate of naturalization stating that Justin Thai Dang's date of birth is September 1, 1965.

IT IS SO ORDERED.

_____/s/_____
Michael P. Shea, U.S.D.J.

Dated:      Hartford, Connecticut
            February 25, 2025

3